**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**TRUSTMARK LIFE INSURANCE COMPANY,**            **PLAINTIFF**

**v.**        **CIVIL ACTION NO. 3:09cv345-DPJ-JCS**

**KIMBERLY RAY THOMAS, ET AL.**            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL OF PARTY

The undersigned has considered the Unopposed Motion for Dismissal ("Motion") filed on behalf of Interpleader Plaintiff Trustmark Life Insurance Company ("Trustmark"). Finding the Motion to be well-taken, this Court hereby GRANTS the Motion.

Accordingly, this Court hereby ORDERS that Trustmark be dismissed as a party to this action and discharged from all further liability to any claimants to the life insurance benefits under the Trustmark universal life insurance policy, number N69232, relating to the death of the insured, Craig A. Thomas.

So ORDERED, this the 25th day of November, 2009.

                             /s/James C. Sumner
                             UNITED STATES MAGISTRATE JUDGE

Submitted by:

J. Douglas Minor, Jr.
Kathleen Shields O'Beirne
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 400
Jackson, MS 39201
Telephone: 601-948-8000
Facsimile: 601-948-3000
dminor@babc.com
kobeirne@babc.com

Gary L. Howard
Jamie L. Moore
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: 205-521-8000
Facsimile: 205-521-8800
ghoward@babc.com
jmoore@babc.com
**Attorneys for Trustmark Life Insurance Company**


Agreed to by:

Vann Leonard
Attorney at Law
P.O. Box 16026
Jackson, MS 39236-6026
vfllaw@bellsouth.net
**Attorney for Kimberly Ray Thomas**


Terence L. High
The High Law Firm, P.L.L.C
P.O. Box 12054
Jackson, MS  39236
thigh4@yahoo.com
**Attorney for Cynthia A. Thomas**